James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL: (949) 387-7200
FAX: (949) 387-6676

Attorneys for Plaintiff, SERGIO GARCIA
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION., a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01249-TLN-DB<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |

- 1 -

STIPULATION AND ORDER RE: SECOND AMENDED COMPLAINT

Plaintiff Sergio Garcia ("Plaintiff") and Defendant Target Corporation ("Defendant") hereby stipulate that the Court may enter an order granting Plaintiff leave to file his Second Amended Complaint, a copy of which is attached hereto as **Exhibit "A,"** and setting the deadline for Defendant's response to the Second Amended Complaint as 21 days after the Second Amended Complaint is deemed filed. Plaintiff and Defendant further stipulate that by entering into this Stipulation, Defendant does not waive any objection, defense or positon it has taken or may take with respect to this action, the original Complaint, the First Amended Complaint, or the Second Amended Complaint.

Respectfully submitted,

**Dated: February 11, 2020**  **JAMES HAWKINS, APLC**

_____/s/_____
Isandra Y. Fernandez, Esq.
Attorneys for Plaintiff
Sergio Garcia

**Dated: February 11, 2020**  **PAUL HASTINGS LLP**

_____/s/_____
Jeffrey D. Wohl, Esq.
Attorneys for Defendant
Target Corporation

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff is granted leave to file his Second Amended Complaint **within seven (7) days of this order**.

IT IS ALSO ORDERED that Defendant's response to the Second Amended Complaint is due 21 days after the Second Amended Complaint is filed.

IT IS ALSO ORDERED that by entering into this Stipulation, Defendant does not waive any objections, defense or position it has taken or may take with respect to this action, the original Complaint, the First Amended Complaint, or the Second Amended Complaint.

IT IS SO ORDERED.

DATED: February 12, 2020

Troy L. Nunley
United States District Judge

- 3 -

STIPULATION AND ORDER RE: SECOND AMENDED COMPLAINT