| | |
|---|---|
| 1 | JAMES R. HAWKINS (Cal. State Bar No. 192925) |
| | ISANDRA FERNANDEZ (Cal State Bar No. 220482) |
| 2 | JAMES HAWKINS APLC |
| | 9880 Research Drive, Suite 200 |
| 3 | Irvine, California 92618 |
| | Telephone: (949) 387-7200 |
| 4 | Facsimile: (949) 387-6676 |
| | james@jameshawkinsaplc.com |
| 5 | isandra@jameshawkinsaplc.com |
| 6 | Attorneys for Plaintiff |
| | Sergio Garcia |
| 8 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | RYAN D. DERRY (Cal. State Bar No. 244337) |
| 9 | ANNA M. SKAGGS (Cal. State Bar No. 319179) |
| | PAUL HASTINGS LLP |
| 10 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 11 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 12 | jeffwohl@paulhastings.com |
| | ryanderry@paulhastings.com |
| 13 | annaskaggs@paulhastings.com |
| 14 | Attorneys for Defendant |
| | Target Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:19-CV-01249-TLN-DB<br><br>**STIPULATION AND ORDER RESETTING DATES IN INITIAL SCHEDULING ORDER** |

# STIPULATION

Plaintiff Sergio Garcia and defendant Target Corporation, acting through their respective counsel of record, hereby stipulate, as follows:

1. On July 10, 2019, the Court issued an Initial Pretrial Scheduling Order (the "Scheduling Order"). (ECF 6.) Among other dates, the Scheduling Order directed that all discovery be completed by "no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court…"

2. On February 21, 2020, plaintiff filed a Second Amended Complaint (ECF 17), which defendant timely answered on March 11, 2020 (ECF 18). Pursuant to the Scheduling Order, all discovery is now to be completed by November 6, 2020.

3. In February 2020, the parties conferred and agreed to engage in mediation in an attempt to resolve this matter informally. The parties jointly selected a mediator and, in accordance with the mediator's calendar, scheduled a mediation to occur on June 10, 2020.

4. However, due to the ongoing COVID-19 pandemic, defendant no longer can participate in mediation on June 10, 2020. The parties have met and conferred and agreed to continue the mediation to October 20, 2020.

5. To avoid the cost and burden of engaging in unnecessary discovery in the event that the mediation is successful, the parties wish to extend the discovery deadline in the Scheduling Order.

6. Accordingly, the parties stipulate and respectfully request that the deadline for the completion of discovery be extended to April 6, 2021. The parties also stipulate and respectfully request that all other dates be adjusted accordingly, as follows:

- Designation of expert witnesses and accompanying written reports to be filed and served by June 7, 2021.
- Designation of supplemental list of expert witnesses to be completed by July 8, 2021.
- Dispositive motions to be filed by October 4, 2021.
- Supplemental disclosure and responses pursuant to Rule 26(e) to be served by no later than 30 days prior to the dispositive motion hearing date.
- Joint Notice of Trial Readiness to be filed not later than 30 days after receiving the

Court's ruling on the last filed dispositive motion, unless the parties do not intend to file dispositive motions in which case the Joint Notice shall be filed by August 9, 2021.

I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's content and have authorized the filing.

Dated: March 27, 2020.
JAMES R. HAWKINS
ISANDRA FERNANDEZ
JAMES HAWKINS APLC

By: */s/ Isandra Fernandez*
Isandra Fernandez
Attorneys for Plaintiff Sergio Garcia

Dated: March 27, 2020.
JEFFREY D. WOHL
RYAN D. DERRY
ANNA M. SKAGGS
PAUL HASTINGS LLP

By: */s/ Jeffrey D. Wohl*
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

**<u>ORDER</u>**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that:

- The end date for the completion of discovery be pushed back to April 6, 2021.
- All other dates in the Court's July 10, 2019, Initial Pretrial Scheduling Order be adjusted accordingly, as follows:
    - Designation of expert witnesses and accompanying written reports to be filed and served by June 7, 2021.
    - Designation of supplemental list of expert witnesses to be completed by July 8, 2021.
    - Dispositive motions to be filed by October 4, 2021.
    - Supplemental disclosure and responses pursuant to Rule 26(e) to be served by no later than 30 days prior to the dispositive motion hearing date.
    - Joint Notice of Trial Readiness to be filed not later than 30 days after receiving the Court's ruling on the last filed dispositive motion, unless the parties do not intend to file dispositive motions in which case the Joint Notice shall be filed by August 9, 2021.

Dated: March 30, 2020.

Troy L. Nunley
United States District Judge