*(Counsel of record on next page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 2:19-CV-01249-TLN-DB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF CLASS, APPOINTMENT OF CLASS REPRESENTATIVE, CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date:　　　　September 30, 2021<br>Time:　　　　2:00 p.m.<br>Courtroom:　2<br>Judge:　　　Hon. Troy L. Nunley<br><br>SAC Filed:　February 21, 2020<br>Trial Date:　None set |

JAMES R. HAWKINS (Cal. State Bar No. 192925)
ISANDRA FERNANDEZ (Cal State Bar No. 220482)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
james@jameshawkinsaplc.com
isandra@jameshawkinsaplc.com

Attorneys for Plaintiff
Sergio Garcia

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ERIC D. DISTELBURGER (Cal. State Bar No. 330042)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
ericdistelburger@paulhastings.com

Attorneys for Defendant
Target Corporation

To the Clerk of Court and all interested parties:

PLEASE TAKE NOTICE THAT on Thursday, September 30, 2021, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of this Court, located at 501 I Street, Sacramento, California 95814, before the Honorable Troy L. Nunley, plaintiff Sergio Garcia and defendant Target Corporation ("Target") jointly will and hereby do move this Court for an order:

1. Granting preliminary approval of the class action settlement (the "Settlement"), attached as Exhibit 1 to the Declaration of James R. Hawkins in Support of Joint Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Class, Appointment of Class Representative, Class Counsel, and Settlement Administrator, Approval of Class Notice, and Setting of Final Approval Hearing ("Hawkins Declaration"), filed concurrently with this motion.

2. Conditionally certifying a settlement class (the "Class") consisting of: All persons who are or were employed by Target in the State of California as an Executive Team Leader ("ETL") from April 17, 2015, to December 3, 2018.  The Class does not include any individuals who already have resolved the claims asserted in the Action, whether by settlement or adjudication.

3. Appointing plaintiff Sergio Garcia as Class Representative.

4. Appointing James R. Hawkins and Isandra Y. Fernandez of James Hawkins APLC as Class Counsel.

5. Appointing Simpluris as Settlement Administrator.

6. Approving of the forms of Notice of Proposed Class Action Settlement and Final Approval Hearing (Settlement, Exh. A), Class Member Information Sheet (*id.*, Exh. B), and Election Not to Participate in Settlement (*id.*, Exh. C) (collectively, the "Class Notice Packet"), and ordering that the Class be given notice of the Settlement and provided with the Class Notice Packet.

7. Setting the final approval hearing for February 17, 2022, at 2:00 p.m., to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members.

This joint motion is made on the grounds that the Settlement is the product of arms' length, good-faith negotiations; is fair and reasonable to Class Members; and should be preliminarily approved, as more fully discussed in the accompanying Memorandum in Support of Joint Motion for Preliminary Approval of Class Action Settlement (the "Memorandum").

This joint motion is based on this notice; the accompanying Memorandum; Declaration of James R. Hawkins in Support of Joint Motion for Preliminary Approval of Class Action Settlement; Declaration of Jeffrey D. Wohl in Support of Joint Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Class, Appointment of Class Representative, Class Counsel, and Settlement Administrator, Approval of Class Notice, and Setting of Final Approval Hearing; and [Proposed] Order: (1) Preliminarily Approving Proposed Settlement; (2) Conditionally Certifying Settlement Class; (3) Appointing Class Representative, Class Counsel, and Settlement Administrator; (4) Approving Forms of Notice to Class of Settlement and Final Approval Hearing, Class Member Settlement Information Sheet, and Election Not to Participate in Settlement; and (5) Setting Hearing for Final Approval of Settlement; the Court's record of this action; all matters of which the Court may take notice; and such oral and documentary evidence presented at the hearing on the motion.

Dated: August 9, 2021

JAMES R. HAWKINS
ISANDRA FERNANDEZ
JAMES HAWKINS APLC

By: /s/ Isandra Fernandez
Isandra Fernandez
Attorneys for Plaintiff Sergio Garcia

Dated: August 9, 2021

JEFFREY D. WOHL
ERIC D. DISTELBURGER
PAUL HASTINGS LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation