*(Counsel of record on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:19-CV-01249-TLN-DB<br><br>**STIPULATION AND ORDER RESETTING DATE FOR FINAL SETTLEMENT APPROVAL HEARING** |

JAMES R. HAWKINS (Cal. State Bar No. 192925)
ISANDRA FERNANDEZ (Cal State Bar No. 220482)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
james@jameshawkinsaplc.com
isandra@jameshawkinsaplc.com

Attorneys for Plaintiff
Sergio Garcia

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ERIC D. DISTELBURGER (Cal. State Bar No. 330042)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
ericdistelburger@paulhastings.com

Attorneys for Defendant
Target Corporation

**STIPULATION**

Plaintiff Sergio Garcia and defendant Target Corporation ("Target"), acting through their respective counsel of record, hereby stipulate, as follows:

1. On October 19, 2021, the Court granted preliminary approval of the parties' class action settlement. The Court ordered, *inter alia*, that Target supply class member data to the settlement administrator by not later than 30 days after the date of the Court's order (November 18, 2021); that the settlement administrator mail class members a class notice packet 15 days thereafter (December 3, 2021); that class members be given 45 days to object to or elect not to participate in the settlement (January 18, 2022); and that a final approval hearing be held on February 17, 2022.

2. The February 17, 2022, hearing date had been scheduled at the request of the parties, who assumed that their joint motion for preliminary approval would be granted on September 30, 2021, the date noticed for hearing of the motion.

3. Based on a February 17, 2022, final approval hearing date, the parties' joint motion for final approval of the settlement would be due by January 20, 2022 (28 days before the hearing). However, that would require Target to join a motion for final approval before its right to rescind the settlement expires. Paragraph III.E.4 of the settlement agreement provides Target with the right to rescind the settlement should 5% or more of the class (or a number of class members whose shares represent 5% or more of the settlement shares) elect not to participate in the settlement. Target must exercise this right within 10 days of receiving a report from the settlement administrator as to the total number of opt-outs, which report is due seven days after class members must elect not to participate. Thus, because the Court granted preliminary approval on October 19, 2021, rather than on September 30, 2021, Target's right to rescind expires as of February 4, 2022 (and not on January 17, 2022, as the parties had originally anticipated)—two weeks *after* the parties' joint motion for final approval is due.

4. To avoid the cost and burden of engaging in unnecessary motion practice in the event that Target rescinds the settlement, the parties respectfully request that the Court postpone the final approval hearing to March 24, 2022, and adjust all dates accordingly.

5. The parties stipulate to the following revised timeline of events, assuming a March 24, 2022. final approval hearing date:

| Date | Event |
|---|---|
| November 18, 2021 | Last day for Target to provide Settlement Administrator with class data (30 days after Court granted preliminary approval of settlement on October 19, 2021) |
| December 3, 2021 | Last day for Settlement Administrator to mail out to Class Members Class Notice Packets (15 days after Target provides class data to Settlement Administrator) |
| January 18, 2022 | Last day for Class Members to dispute information on Class Member Settlement Information Sheets (45 days after Class Notice is mailed; January 17 is MLK day) |
| | Last day for Class Members to file objections to Settlement (45 days after Class Notice is mailed; January 17 is MLK day) |
| | Last day for Class Members to mail Election Not to Participate in Settlement to Settlement Administrator (45 days after Class Notice is mailed; January 17 is MLK day) |
| January 25, 2022 | Last day for Settlement Administrator to provide the parties with a complete and accurate list of all Class Members who submitted timely and valid Elections Not to Participate (7 days after the deadline for submission of Elections Not to Participate in Settlement) |
| February 4, 2022 | Last day for Target to exercise right to rescind Settlement (if applicable) (10 days after the Settlement administrator reports to parties on Class Members who have elected not to participate in Settlement) |
| February 17, 2022 | Last day for Settlement Administrator to provide the parties with a declaration of due diligence setting forth its compliance with its obligations under the Agreement and information regarding claims submissions (35 days before the Final Approval hearing) |
| February 24, 2022 | Last day for parties to jointly file with the Court a motion for a final approval of the Settlement, the LWDA payment, payment of the Settlement Administrator's fees and expenses, and for awards of the Class Representative Payments and the Class Counsel Fees and Expenses Payment (28 days before the Final Approval Hearing) |
| March 3, 2022 | Last day for any Class Member who wishes to object to the requests for the Class Representative Payment or the Class Counsel Fees and Expenses Payment to file any such objection (21 days before the Final Approval Hearing) |
| March 24, 2022 | Final approval hearing |
| (*All dates that follow assume final approval granted and noticed on* March 24, 2022) | |
| 10 days after the later of (i) the Judgment becoming Final and (ii) the Action being dismissed by the District Court with prejudice pursuant to the parties' stipulation. | Last day for Target to pay to the Settlement Administrator the Maximum Settlement Amount |

| Date | Event |
|---|---|
| 7 days after the Settlement Administrator receives the Maximum Settlement Amount | Settlement Administrator to pay to Class Members the Settlement Shares; to plaintiff, the Class Representative Payment; to Class Counsel, the Class Counsel Fees and Expenses Payment; to the LWDA, the LWDA Payment; and to the Settlement Administrator, its reasonable fees and expenses |

I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's content and have authorized the filing.

Dated: October 27, 2021.   JAMES R. HAWKINS
ISANDRA FERNANDEZ
JAMES HAWKINS APLC

By:   */s/ Isandra Fernandez*
Isandra Fernandez
Attorneys for Plaintiff Sergio Garcia

Dated: October 27, 2021.   JEFFREY D. WOHL
RYAN D. DERRY
ANNA M. SKAGGS
PAUL HASTINGS LLP

By:   */s/ Jeffrey D. Wohl*
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the final approval hearing on the parties' settlement, currently scheduled for February 17, 2022, is hereby rescheduled to March 24, 2022, at 2:00 p.m.

IT IS FURTHER ORDERED that all other dates in the Court's October 19, 2021, order be adjusted in accordance with the parties' stipulation.

Dated: October 28, 2021

Troy L. Nunley
United States District Judge