*(Counsel of record on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:19-CV-01249-TLN-DB<br><br>**AMENDED STIPULATION AND ORDER RESETTING DATE FOR FINAL SETTLEMENT APPROVAL HEARING** |

JAMES R. HAWKINS (Cal. State Bar No. 192925)
ISANDRA FERNANDEZ (Cal State Bar No. 220482)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
james@jameshawkinsaplc.com
isandra@jameshawkinsaplc.com

Attorneys for Plaintiff
Sergio Garcia

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ERIC D. DISTELBURGER (Cal. State Bar No. 330042)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffwohl@paulhastings.com
ericdistelburger@paulhastings.com

Attorneys for Defendant
Target Corporation

**STIPULATION**

Plaintiff Sergio Garcia and defendant Target Corporation ("Target"), acting through their respective counsel of record, hereby stipulate, as follows:

1. On August 9, 2021, the parties filed a joint motion for preliminary approval of the parties' class action settlement.

2. On October 19, 2021, the Court granted preliminary approval of the parties' class action settlement, and set a final approval hearing for February 17, 2022.

3. On October 28, 2021, the Court reset the date for the final approval hearing, as well as other attendant dates, and scheduled the final approval hearing for March 24, 2022.

4. Following the Court's grant of preliminary approval, the parties engaged a class administrator and mailed notice to the class members in accordance with the settlement agreement.

5. As Target was preparing the papers for final approval of the settlement, it realized that the required notice to the various state and federal authorities required by the Class Action Fairness Act, 28 U.S.C § 1715 ("CAFA Notice"), and the Labor Code Private Attorneys General Act, Labor Code § 2699 (the "LWDA Notice") had not been given.  The CAFA Notice requires at least 90 days' notice before final approval of a class action settlement is granted, and the LWDA notice is supposed to be given when the motion for preliminary approval is granted.

6. To ensure compliance with the CAFA Notice and LWDA Notice requirements, the parties respectfully request that the Court postpone the final approval hearing to June 16, 2022 and adjust the date for the parties to file their final approval motion to May 31, 2022.

I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's content and have authorized the filing.

Dated: February 24, 2022.	JAMES R. HAWKINS
	ISANDRA FERNANDEZ
	JAMES HAWKINS APLC

	By:   */s/ Isandra Fernandez*
	             Isandra Fernandez
	      Attorneys for Plaintiff Sergio Garcia

1  Dated:  February 24, 2022.    JEFFREY D. WOHL
                                 ERIC DISTELBURGER
2                                PAUL HASTINGS LLP

3
                            By:    /s/ Jeffrey D. Wohl
4                                     Jeffrey D. Wohl
                                  Attorneys for Defendant Target Corporation
5

# ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the final approval hearing on the parties' settlement, currently scheduled for March 24, 2022, at 2:00 PM, is hereby rescheduled to **June 16, 2022, at 2:00 PM**.

IT IS FURTHER ORDERED that the parties' final approval motion shall be due by **May 31, 2022**.

Dated: February 24, 2022

_____
Troy L. Nunley
United States District Judge