(*Counsel of record on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 2:19-CV-01249-TLN-DB<br><br>**NOTICE OF JOINT MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　　　June 16, 2022<br>Time:　　　　2:00 p.m.<br>Courtroom:　2<br>Judge:　　　Hon. Troy L. Nunley<br><br>SAC Filed:　February 21, 2020<br>Trial Date:　None set |

1  JAMES R. HAWKINS (Cal. State Bar No. 192925)
   ISANDRA FERNANDEZ (Cal State Bar No. 220482)
2  JAMES HAWKINS APLC
   9880 Research Drive, Suite 200
3  Irvine, California 92618
   Telephone: (949) 387-7200
4  Facsimile: (949) 387-6676
   james@jameshawkinsaplc.com
5  isandra@jameshawkinsaplc.com

6  Attorneys for Plaintiff
   Sergio Garcia
7
   JEFFREY D. WOHL (Cal. State Bar No. 096838)
8  ERIC D. DISTELBURGER (Cal. State Bar No. 330042)
   PAUL HASTINGS LLP
9  101 California Street, 48th Floor
   San Francisco, California 94111
10 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
11 jeffwohl@paulhastings.com
   ericdistelburger@paulhastings.com
12
   Attorneys for Defendant
13 Target Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

To the Clerk of Court and all interested parties:

PLEASE TAKE NOTICE THAT on Thursday, June 16, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of this Court, located at 501 I Street, Sacramento, California 95814, before the Honorable Troy L. Nunley, plaintiff Sergio Garcia and defendant Target Corporation ("Target") jointly will and hereby jointly move the Court for an order granting final approval of their class action settlement (the "Settlement").

The motion is made on the grounds that the Settlement, which was reached after arms'-length negotiations by counsel for the Parties, is fair and reasonable, has drawn a favorable response from the Class (less than one percent of opt-outs and no objections), and should be given final approval by the Court for the reasons set forth in the accompanying memorandum in support of the motion.

This motion is based on this notice; the attached Memorandum of Points and Authorities, along with all exhibits and declarations thereto, any and all papers previously filed herein, in support of the motion; the declaration of Mary Butler of Simpluris, Inc., in support of the motion; the declaration of James R. Hawkins, in support of the motion and Plaintiff's Motion for Class Representative Payment and Class Counsels' Fees and Expenses; the Declaration of Jeffrey D. Wohl in support of the motion, the [Proposed] Order Granting Final Approval of Class Action Settlement; the Court's record of this matter; all matters of which the Court may take notice; and any oral or documentary evidence presented at the hearing on the motion.

Dated:  May 31, 2022.

JAMES R. HAWKINS
ISANDRA FERNANDEZ
JAMES HAWKINS APLC


By:  _/s/ Isandra Fernandez_
     Isandra Fernandez
Attorneys for Plaintiff Sergio Garcia

Dated:  May 31, 2022.

JEFFREY D. WOHL
ERIC D. DISTELBURGER
PAUL HASTINGS LLP


By:  _/s/ Jeffrey D. Wohl_
     Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

LEGAL_US_W # 112310802.1

NOTICE OF JT. MTN, JT. MTN. FOR FINAL
APPROVAL OF CLASS SETTLEMENT
U.S.D.C., E.D. Cal., No. 2:19-cv-01249-TLN-DB