UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1–50, inclusive,<br><br>Defendants. | No. 2:19-cv-01249-TLN-DB<br><br>**ORDER** |

This matter is before the Court on Plaintiff Sergio Garcia's ("Plaintiff,' "Named Plaintiff," or "Class Representative") unopposed Motion for Attorneys' Fees. (ECF No. 35.) For the reasons set forth herein, Plaintiff's motion is GRANTED.

Plaintiff and Defendant Target Corporation ("Defendant") have reached terms of settlement of a putative class action. The Settlement Agreement ("Settlement") provides for awards of attorneys' fees, litigation expenses, and Class Representative Award.

This Settlement was preliminarily approved on October 20, 2021. (ECF No. 23.) The Notice to the Settlement Class regarding the terms for attorneys' fees, litigation costs, and Class Representative Award have been completed and no objections have been received. Capitalized terms in this Order shall have the same meaning as in the Settlement Agreement unless otherwise indicated.

1

After reviewing the Settlement Agreement, Plaintiffs' unopposed Motion for Attorneys' Fees, Costs, and Class Representative Enhancement Award, and other related documents on file, and having heard the argument of the Attorneys for the respective Parties, it is hereby ORDERED:

1. The Court has jurisdiction over the Parties to this action, including all members of the Final Settlement Class as defined in the Settlement Agreement.

2. James Hawkins and Isandra Fernandez of James Hawkins APLC are appointed as Settlement Class Counsel for purposes of settlement. Plaintiffs' application for attorneys' fees in the amount of $216,645 and reimbursement of litigation costs in the amount of $14,649 is GRANTED as follows. Upon consideration of the relevant factors, the Court grants an award of attorneys' fees in the amount of $216,645, representing 33.3% of the Maximum Settlement Amount. The Court grants $14,649 in litigation costs. The attorneys' fees and costs will be paid from the Maximum Settlement Amount as set forth in the Settlement Agreement.

3. Plaintiff Sergio Garcia is appointed as Class Representative for purposes of settlement. The Court awards the Class Representative an Enhancement Award of $5,000 as fair and reasonable compensation for his services. The Enhancement Award will be paid from the Maximum Settlement Amount as set forth in the Settlement Agreement.

4. The Court finds that no just reason exists for delay in entering this Judgment and Final Approval Order. Accordingly, the Clerk is hereby directed to enter this Order as a Final Judgment. This Order shall constitute a final judgment with respect to the claims of the Named Plaintiffs, the Final Settlement Class, for purposes of Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**DATED: June 21, 2022**

Troy L. Nunley
United States District Judge